Russell S. Thompson, IV (029098)
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste 2 #492
Scottsdale, AZ 85259
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Burks, | Case No. 4:19-cv-00559-JAS |
| Plaintiff, | **JOINT SETTLEMENT STATUS REPORT** |
| vs. | |
| Aaron's, Inc., | |
| Defendant. | |

Pursuant to the Court's April 30, 2021 order, Doc. 27, Plaintiff Stephanie Burks ("Plaintiff") and Defendant, Aaron's, Inc. ("Defendant"), by and through their undersigned attorneys, submit this joint settlement status report.

The parties are currently exploring the possibility of settlement, but have not yet agreed. The parties intend to continue to explore settlement and are hopeful that settlement can be reached.

Respectfully submitted, July 16, 2021.

s/ Russell S. Thompson, IV
Russell S. Thompson, IV (029098)
Thompson Consumer Law Group, PC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674

RThompson@ThompsonConsumerLaw.com

Attorney for Plaintiff

<u>s/ David C. Potts</u>
Mark D. Zukowski, Bar #006734
David C. Potts, Bar #030550
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4547
mzukowski@jshfirm.com
dpotts@jshfirm.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on July 16, 2021, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to counsel of record.

<u>s/Russell S. Thompson IV</u>
Russell S. Thompson IV