Stephanie Burks
8917 E 35th Circle
Tucson Arizona
85710

FILED ___ LODGED
RECEIVED ___ COPY
APR 29 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Plaintiff, Stephanie Burks

No. CV- - -TUC-

4:19-CV-00559-SHR

v.

Defendant. Aarons Inc.   motion to Continue case

I Stephanie Burks disagree with the complaint from Aaron's. The items were returned And paid for. I had insurance for water damage of a laptop. Aarons was harassing me with phone calls. The attorneys took the case 2 years ago. Told me I could win $300.00 for phone calls from Aarons. I have been very ill and in the hospital when they cancelled my case. I was unable to respond due to being very ill. I have hospital papers to this effect. I also had to move out my apartment unjustly after 11 years. I did put a change of address still getting mail from my old address. 203 S. Kolb Rd Apt A.

I am trying to find someone to help me with this case. I'm disabled and need assistance with this case.

Sincerely

[signature]

I want to contest Harons. I do not owe them. They owe me.